**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

)

**MAHLON KIRWA,** *et al.***,**                          )

)

            **Plaintiffs,**                                    )

)

        **v.**                                                        )          **Case No. 1:17-cv-01793-ESH**

)

**UNITED STATES DEPARTMENT**            )

**OF DEFENSE,** *et al.***,**                          )

)

            **Defendants.**                                )

_____)

**DECLARATION OF DOUGLAS W. BARUCH**

I, Douglas W. Baruch, hereby declare as follows:

1.      I am a partner at Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") and have knowledge of the facts contained in this declaration.  Fried Frank represents all named plaintiffs in the above-captioned action.  I submit this declaration to summarize the qualifications of Fried Frank and the counsel working on this matter to support Fried Frank's application to be appointed counsel for the proposed class.

2.      Fried Frank is a leading global law firm with approximately 500 lawyers in offices in New York, London, Paris, Frankfurt, and Washington, D.C.  Fried Frank's practice areas fall into several different departments.  The Litigation Department, in which the counsel who have noticed their appearances in this case are assigned, currently has 95 lawyers, 86 of whom are resident in Washington, D.C. or New York.

3.      At present, the Fried Frank team representing plaintiffs in this case – as identified by name in the Complaint – includes two partners (including myself), one special counsel, and

four associates. The three most senior lawyers on the trial team are all highly-experienced litigators, with a combined 59 years of primarily federal court litigation experience.

4. The Fried Frank team includes two former U.S. military officers – Joseph J. LoBue and Webster Beary – with extensive military service, and Mr. LoBue, himself, served in the Selected Reserve of the United States Navy Reserve.

5. I have been a practicing litigator, resident in Fried Frank's Washington, D.C. office, since 1987, and I have significant experience in complex civil litigation before numerous state and federal courts. I am admitted to practice in the United States Supreme Court, numerous federal circuit courts of appeal, and numerous federal district courts. My practice primarily entails federal court litigation, mostly in the civil fraud enforcement arena, but also in general commercial litigation. As such, I regularly litigate complex civil matters involving federal agencies, and United States Justice Department attorneys are frequently opposing counsel in my matters. For the last twenty years, in addition to handling my other matters, I have served as a member of Fried Frank's firm-wide Pro Bono Committee, and for multiple years I served as Co-Chair of that committee. In that capacity, I regularly represent pro bono clients and supervise pro bono litigation matters in proceedings in the D.C. region and around the country. I also serve on the Boards of the Lawyers' Committee for Civil Rights Under Law and the Washington Lawyers' Committee for Civil Rights and Urban Affairs ("WLC") and have undertaken joint representations with the WLC in multiple federal court matters, including immigration and civil rights litigation. I have extensive experience in immigration matters. For instance, I have represented numerous individuals in contested asylum proceedings and have litigated multiple immigration cases in federal court, including large, complex litigation on behalf of Haitian refugees and habeas proceedings. I also have appeared as counsel for the American Bar Association ("ABA"), as

*amicus curiae,* in several immigration matters, including recent proceedings in *Flores, et al. v. Lynch, et al.*, No. CV 85-4544, in the Central District of California and the Ninth Circuit. Likewise, I served as counsel for *amici curiae* the American Immigration Council and American Immigration Lawyers Association in a class action immigration-related lawsuit.  I was Of Counsel on the U.S. Supreme Court *amicus curiae* brief for the ABA in *State of Arizona v. United States*, No. 11-182, in support of the United States' challenge to Arizona's "show me your papers" legislation.  In addition, I also served as lead counsel in a federal court class action against the United States Parole Commission on behalf of a class of 400 D.C. Code offenders.  That action, *Long, et al. v. Gaines, et al.,* No. 1:01-cv-0010 (EGS) (D.D.C.), resulted in certification of the class, Fried Frank's appointment as class counsel, the entry of a Consent Decree and Order by Judge Sullivan against defendants, and an award of substantial EAJA fees to Fried Frank.

6.      Joseph J. LoBue is a litigation partner at Fried Frank.  As noted, Mr. LoBue is a former U.S. Navy officer and helicopter pilot.  At Fried Frank, Mr. LoBue primarily practices in the area of commercial litigation and international arbitration.  He is admitted to practice before numerous federal circuit courts of appeal and U.S. district courts.  He has conducted numerous trials and hearings and has extensive federal court litigation experience.  On behalf of Fried Frank clients, Mr. LoBue has defended several class action matters, mostly involving securities claims, including *Poppel, et al. v. eFunds Corp., et al.*, No. 2:03-cv-01915-JWS (D. Ariz.) (action filed on Oct. 1, 2003); *Ohio Pub. Emps. Ret. Sys., et al. v. Freddie Mac, f.n.a., et al.*, No. 1:03-cv-04261-JES (S.D.N.Y.) (action filed on June 11, 2003); and *Conlon, et al. v. Rensin, et al.*, No. 1:00-cv-02174-MJG (D. Md.) (action filed on July 14, 2000).  Mr. LoBue also regularly represents U.S. military veterans on a pro bono basis.

7.      Jennifer M. Wollenberg is Special Counsel in Fried Frank's Washington, D.C. office.  She is a seasoned litigator with extensive federal court litigation experience.  Ms. Wollenberg is admitted to practice in the United States Supreme Court and numerous federal circuit courts of appeal and district courts.  Ms. Wollenberg has broad litigation experience, but focuses primarily in the federal civil enforcement arena.  In those engagements, she frequently litigates against federal agencies and regularly deals with U.S. Justice Department attorneys as opposing counsel.  Ms. Wollenberg also has an extensive pro bono docket, and has acted for clients, including the ABA and the American Immigration Lawyers Association, in several immigration-related pro bono matters.

8.      Fried Frank's Public Service counsel, Karen Grisez, is heavily involved in this case, although she has not entered an appearance.  Ms. Grisez has substantial federal court litigation experience, principally in the immigration arena, where she has been appointed as counsel to *pro se* litigants, including in this Court, seeking immigration-related relief.  She represented plaintiffs before this court in *AILA v. Reno*, the national challenge to the 1996 Immigration Reform and Immigrant Responsibility Act, and participated in the *Arizona v. United States* ABA Supreme Court brief referenced above.  Resident in Fried Frank's Washington, D.C. office, Ms. Grisez is one of the nation's leading immigration law practitioners and has held leadership positions with numerous public interest and professional organizations, including the Chair of the ABA Commission on Immigration, the Co-Chair of the ABA Section of Litigation's Immigration Litigation Committee, and a member of the American Immigration Lawyers' Association's national and local Pro Bono Committees.  Ms. Grisez provides immigration-related counsel to the Fried Frank team involved in this case, as well as in the related *Nio* matter referenced below.

9. Fried Frank's trial team is augmented by several other Litigation Department attorneys, several of whom have entered appearances in this case.

10. Over the past several months, the Fried Frank team has done considerable work in identifying and investigating potential claims in this case and in a related case in which the Fried Frank team serves as Plaintiffs' counsel, *Nio, et al. v. United States Department of Homeland Security, et al.*, No. 17-cv-998-ESH (D.D.C.) ("*Nio*"). The Fried Frank team extensively researched the relevant statutory law, legislative history, case law, and the claims in this case before filing suit, including performing factual research on the background of this case and conducting extensive legal research on the legal bases of the claims raised herein, both during the preparation for the actual filing of this case and during their handling of the *Nio* action. The Fried Frank team has interviewed, corresponded with, and gathered facts, documents, and information from dozens of MAVNI soldiers and other sources, and otherwise conducted an in-depth factual investigation of the claims raised in this action. Further, the Fried Frank team has consulted, as appropriate, with outside immigration, military, and MAVNI program experts concerning the legal and factual issues presented in this case.

11. Beyond the immediate trial team engaged in this matter, other Fried Frank litigators have extensive federal court and complex civil litigation experience as well, and can (and will) be called upon as they may be needed to assist with this matter. Fried Frank is well-known for its significant commitment to pro bono service, receiving numerous national and local awards and recognitions for its engagements. Most recently, 35 Fried Frank attorneys in the D.C. office – including most members of the trial team for this matter – received "Honor Roll" or "High Honor Roll" recognition from the District of Columbia Court of Appeals and the Superior Court of the District of Columbia for their pro bono contributions.

12.    Fried Frank is committed to expending the time and resources necessary to fully and vigorously represent the class in this case.

13.    Plaintiffs' counsel have no other professional commitments which are antagonistic to, or which would detract from, their efforts to seek a favorable decision for the proposed class in this case.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2017.

_____
Douglas W. Baruch