UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| **MAHLON KIRWA**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:17-cv-01793-ESH** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF DEFENSE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

**THIS MATTER**, having come before the Court on a motion for class certification

pursuant to Rule 23 of the Federal Rules of Civil Procedure and Rule 23.1(b) of the Local Rules

of the U.S. District Court for the District of Columbia by Plaintiffs; the Court having reviewed

the arguments on the motion; and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Class Certification, dated

September 19, 2017, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs Mahlon Kirwa, Santhosh Meenhallimath,

and Ashok Viswanathan (collectively, "Plaintiffs") are certified as representatives of a class

pursuant to Rules 23(a) and 23(b) of the Federal Rules of Civil Procedure. The class consists of

all persons who: (i) have enlisted in the U.S. military through the Military Accessions Vital to

the National Interest ("MAVNI") program; (ii) have served in the Selected Reserve of the Ready

Reserve ("Selected Reserve"); and (iii) have not received a completed Form N-426 from the

military.

1

**IT IS FURTHER ORDERED** that Plaintiffs' counsel are appointed to represent the class.


Dated: _____                          _____

                                             U.S.D.J. Ellen Segal Huvelle

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys

and parties entitled to be notified of the proposed order's entry:

*Counsel for Defendants*

**Nathan M. Swinton**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 305-7667
Facsimile: (202) 616-8470
Email: nathan.m.swinton@usdoj.gov

*Counsel for Plaintiffs*

**Joseph J. LoBue**
**Douglas W. Baruch**
**Jennifer M. Wollenberg**
**Neaha P. Raol**
**Webster R. M. Beary**
**Shaun A. Gates**
**Katherine L. St. Romain**
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, D.C. 20006
Telephone:  (202) 639-7000
Facsimile:   (202) 639-7003
Email: joseph.lobue@friedfrank.com
Email: douglas.baruch@friedfrank.com
Email: jennifer.wollenberg@friedfrank.com