# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAHLON KIRWA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-01793 |
| ) | The Honorable Ellen Segal Huvelle |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE and JAMES MATTIS, in his ) | |
| official capacity as Secretary of Defense, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR CLARIFICATION AND FOR ADMINISTRATIVE STAY

Defendants, the United States Department of Defense and U.S. Secretary of Defense James Mattis, in his official capacity, hereby move this court for (1) clarification of its October 25, 2017 preliminary injunction order and (2) an administrative stay of its October 25 order until November 2, 2017. The grounds for these requests are below.

**A.     Request for clarification of October 25, 2017 preliminary injunction order**

The Court's October 25, 2017 order on Plaintiffs' preliminary injunction motion states that "defendants should use their best efforts to certify or deny Form N-426s, as was done for the *Nio* plaintiffs, within two business days of receipt of the Form N-426." Order at 1-2, ECF No. 28. Defendants understand this provision of the order to apply to newly submitted Form N-426s only, meaning that DoD's obligation applies only to those Form N-426s that were submitted subsequent to the Court's order. Defendants do not understand this provision of the order to apply to any Form N-426s that members of the provisionally certified class may have attempted to submit prior to the issuance of the Court's order. Out of an abundance of caution, Defendants

file this motion for clarification in order to confirm their understanding of the Court's order. DoD has informed undersigned that many requests were not acted upon at the time they were made and were returned to the requestor. Such requests will need to be resubmitted. Defendants are aware of a small number of Form N-426s that have been "on hold" at the Office of the Chief, Army Reserve, and Defendants are prepared to act on those as appropriate.

**B.      Request for an immediate administrative stay of the October 25, 2017 order**

Defendants further respectfully request that the Court issue an administrative stay of one week, or until November 2, 2017, of the October 25, 2017 order. The Department of Justice is currently considering whether to appeal the Court's ruling, and seeks a short, temporary stay of the Court's order in order to provide the Solicitor General an adequate opportunity to decide whether to authorize the filing of an appeal and, if necessary, a motion for a stay of the Court's order pending appeal. Under the terms of the order, Defendants are required to begin certifying Form N-426s for members of the provisional class within two business days of receipt. October 26, 2017 was the first full day that the Court's order was in effect, and granting Defendants' request would thus create only a minimal extension of the relevant dates.

Plaintiffs would not be prejudiced by this small amount of additional time. Although the Court's order expressed concern that "every day of delay leaves plaintiffs in limbo and in fear of removal," *see* Mem. Op. at 32, ECF No. 29, Plaintiffs have provided no evidence that their immigration status is in jeopardy or that they are facing any threat of removal. The Court should accordingly issue an administrative stay to preserve the status quo in order to provide the Solicitor General adequate time to consider whether to authorize appeal from the Court's order.

Counsel for Defendants conferred about both requests with counsel for Plaintiffs, who oppose Defendants' motion.

Dated: October 27, 2017    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Nathan M. Swinton*
NATHAN M. SWINTON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-7667
Fax: (202) 616-8470
Email: Nathan.M.Swinton@usdoj.gov

*Attorneys for Defendants*