UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHLON KIRWA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1793(ESH) |

## ORDER

As stated today in open court, it is hereby **ORDERED** that:

(1) Defendants' motion for clarification and administrative stay, ECF No. 30, is **GRANTED IN PART AND DENIED IN PART**. The motion for clarification is **GRANTED** and the Court will issue an Amended Order granting plaintiffs' motion for a preliminary injunction. The motion for administrative stay is **DENIED**.

(2) Plaintiffs shall file an amended complaint and any supplement to their pending motion for class certification, ECF No. 12, by **November 3, 2017**.

(3) Defendants shall file their response to the amended complaint by **November 17, 2017**, and shall file their response to the motion for class certification by **November 28, 2017**.

It is further **ORDERED** that in light of this schedule, defendants' cross-motion for summary judgment, ECF No. 18, is denied without prejudice.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  October 27, 2017