UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHLON KIRWA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Civil Action No. 17-1793(ESH) |

# ORDER

It is hereby

**ORDERED** that defendants shall respond to plaintiffs' motion, ECF No. 35, to enforce the Court's Amended Preliminary Injunction Order, ECF No. 32, on or before **Nov 29, 2017, at 5:00 PM**; it is further

**ORDERED** that plaintiffs have until **December 4, 2017, at 5:00 PM**, to file any reply; it is further

**ORDERED** that defendants shall inform the Court of its efforts to comply with the Court's Amended Preliminary Injunction Order including, but not limited to, the following:

(1) all instructions for effectuating the Court's Order issued to command and reserve personnel, and documentation of all such communication; and

(2) all efforts to communicate and explain the Court's Order issued to class members, and documentation of all such communication.

**ORDERED** that on or before **Nov 29, 2017, at 5:00 PM**, plaintiffs and defendants will propose a joint communication to be distributed to the class members explaining their rights

under the Court's Amended Preliminary Injunction Order. The communication shall be sent by defendants, but if defendants would rather the plaintiffs send the communication, defendants must provide the names, addresses, and contact information for all class members who have not received their N-426; it is further

**ORDERED** that on or before **Nov 29, 2017, at 5:00 PM**, defendants shall provide the following information:

(1) how many class members have applied for an N-426;

(2) when those class members applied for an N-426;

(3) how many class members have approved N-426s;

(4) when those class members received their N-426 or confirmation that it had been uploaded into the soldier's Army Military Human Resource Record; and

(5) a list containing the names of class members who submitted an N-426, the dates they submitted their N-426s, and the date they received their N-426 or confirmation of approval.

**ORDERED** that on or before **Nov 29, 2017, at 5:00 PM**, defendants shall provide the Court with the responses they received to its October 27, 2017 Memorandum for Secretaries of the Military Departments, ECF No. 35-3, regarding the status of the military departments' compliance with the Court's Order.

**SO ORDERED**.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   November 16, 2017