UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHLON KIRWA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE and JAMES MATTIS, in his official capacity as Secretary of Defense, <br><br> Defendants. | Civil Action No. 1:17-cv-01793 <br> The Honorable Ellen Segal Huvelle |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT OR IN THE ALTRANTIVE FOR SUMMARY JUDGMENT**

Defendants, the U.S. Department of Defense and the U.S. Secretary of Defense, James Mattis, in his official capacity, hereby move pursuant to Rule 12 of the Federal Rules of Civil Procedure and Local Rule 7 to dismiss Plaintiffs' Amended Complaint in its entirety. In the alternative, Defendants also move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h) on all claims brought against them. The grounds for Defendants' motion are set forth in the attached memorandum of points and authorities. For the reasons explained in that memorandum, Defendants respectfully request that the Court dismiss the Amended Complaint or, in the alternative, grant judgment in their favor.

Dated: November 17, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Nathan M. Swinton*
NATHAN M. SWINTON
JOSEPH C. DUGAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-7667
Fax: (202) 616-8470
Email: Nathan.M.Swinton@usdoj.gov

*Attorneys for Defendants*