UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHLON KIRWA, *et al.*,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
DEFENSE, *et al.*,

        Defendants.

Civil Action No. 17-1793(ESH)

## ORDER

Plaintiffs' Motion to Refer the Case to the Magistrate Judge For Case Management Purposes, ECF No. 66, is **GRANTED IN PART** and **DENIED IN PART.**

Plaintiffs' request to refer the case for development of a mechanism for resolving systemic disputes between the parties is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that by **March 1, 2018 at 5:00 PM**, defendants shall provide plaintiffs' counsel with the names and contact information for *Kirwa* class members; and it is further

**ORDERED** that the above-captioned case is referred to Magistrate Judge Robin Meriweather for purposes of developing an improved reporting system concerning the *Kirwa* class, consistent with the Court's November 16, 2017 Order, ECF No. 37 and the reporting system being set up in the related *Nio* case.

        **SO ORDERED**.

        /s/ *Ellen Segal Huvelle*
        ELLEN SEGAL HUVELLE

United States District Judge

Date:   February 21, 2018

CC: Magistrate Judge Robin Meriweather