UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHLON KIRWA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 17-01793 (ESH/RMM) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On February 21, 2018 Judge Ellen S. Huvelle referred this matter to the undersigned Magistrate Judge for purposes of developing an improved reporting system concerning the *Kirwa* class that is consistent with Judge Huvelle's November 16, 2017 Order and the reporting system being set up in the related *Nio* case. *See* 11/16/17 Order, ECF No. 37; *see also Nio* et al. *v. U.S. Dep't of Defense* et al., 1:17-CV-00998 (ESH/RMM) (D.D.C. 2017). Prior to adopting a reporting system, the undersigned will allow the parties to confer and submit proposals to the Court. Therefore, the undersigned ORDERS as follows.

The parties shall confer and submit a joint proposal for a reporting system that advises the Court where each *Kirwa* class member stands in the Department of Defense process. This proposal shall be filed no later than March 16, 2018, and shall address, without limitation, the content, format, and frequency of reports filed pursuant to the proposed reporting system. The proposal shall clearly identify which aspects of the proposal have the consent of both parties and which aspects are in dispute. The proposal shall also clearly note which aspects of the proposed reporting system, if any, differ from the reporting system proposed in *Nio*. *See* Joint Proposal

Pursuant to the Court's Order of Feb. 8, 2018, *Nio*, 1:17-CV-00998 (ESH/RMM), ECF No. 103.

SO ORDERED.

Dated: March 8, 2018

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE