IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHLON KIRWA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-01793 |
| ) | The Honorable Ellen Segal Huvelle |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE and PATRICK SHANAHAN, in ) | |
| his official capacity as Acting Secretary of ) | |
| Defense, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's December 15, 2017 Order, *see* ECF No. 55, Defendants hereby submit this status report.

As stated in the attached Declaration of Lin H. St. Clair, a total of 1656 N-426 requests have been submitted as of April 23, 2019, and 1656 of these requests have been granted. Since the time of Defendants' last update, *see* ECF No. 149, a total of two N-426 requests for certification of honorable service have been submitted, and a total of two N-426 requests for certification have been granted.

Dated: April 24, 2019           Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Ste. 11304
Washington, DC 20005
Tel: (202) 305-8613
Fax: (202) 616-8460
Email: Michael.Knapp@usdoj.gov

*Counsel for Defendants*