UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHLON KIRWA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 17-1793 (ESH) |

## JUDGMENT

The Court hereby converts the preliminary injunction set forth in the Court's October 27, 2017 Amended Order (ECF No. 32) into a permanent injunction. Accordingly, defendants are permanently enjoined from:

(1) refusing to sign and issue Form N-426s to members of the class pursuant to Section II of DOD's October 13, 2017 N-426 Policy; and

(2) refusing to certify class members who have served for one day or more in the Selected Reserve as having served honorably, except as related to the conduct of an individual plaintiff or class member as reflected in that soldier's service record and based on sufficient grounds generally applicable to all enlistees.

In addition, after members of the class submit or resubmit N-426s to their military officer ranked O-6 or higher, defendants should use their best efforts to certify or deny Form N-426s within two business days of receipt of the Form N-426.

For purposes of this injunction, the class consists of all persons who (1) have enlisted in the U.S. military through the Military Accessions Vital to the National Interest ("MAVNI")

program prior to October 13, 2017; (2) have served in the Selected Reserve of the Ready Reserve; and (3) have not received a completed and certified Form N-426.  (*See* Order, Dec. 1, 2017, ECF No. 48.)

Plaintiffs' remaining claims are DISMISSED WITH PREJUDICE as to the named plaintiffs and on behalf of the class (as opposed to any individual claims of unnamed class members).

The Court will retain jurisdiction to enforce the permanent injunction set forth herein.

This is a final, appealable Order.



ELLEN S. HUVELLE
United States District Judge

Date:   September 2, 2020