IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHLON KIRWA, et al.,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE, et al.,

        Defendants.

Civil Action No. 1:17-cv-01793-PLF

## [PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT REGARDING PLAINTIFFS' CLAIMS FOR EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND COSTS

The Court having reviewed the Parties' Joint Motion; the proposed settlement agreement regarding Plaintiffs' claims for Equal Access to Justice Act attorney fees, expenses, and costs; all of the evidence, objections, and other submissions presented with respect to said settlement agreement; and the record of all proceedings in this case; it is hereby

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that the Settlement Agreement regarding Plaintiffs' claims for Equal Access to Justice Act attorney fees, expenses, and costs is APPROVED.

IT IS SO ORDERED

Dated: _____

                                                          _____
                                                          JUDGE PAUL L. FRIEDMAN
                                                          United States District Judge